IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DISTRICT

UNITED STATES OF AMERICA                              PLAINTIFF/RESPONDENT

v.                    Civil No.      2:13-CV-02020
                      Criminal No.   2:11-CR-20006

MATTHEW S. STEPHENS                                   DEFENDANT/MOVANT

**O R D E R**

Movant, a federal prisoner presently housed at the Arkansas Department of Corrections-North Central Unit, has filed a Motion Under 28 U.S.C. §2255 for review by this court (ECF No. 19) on January 22, 2013. Having reviewed the motion, Respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this January 24, 2013.

*/s/ J. Marschewski*
James R. Marschewski
Chief United States Magistrate Judge