IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF/RESPONDENT

v.                        Case No. 2:11-CR-20006

MATTHEW S. STEPHENS                                            DEFENDANT/PETITIONER

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 34) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections and the time period for filing objections has passed.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. IT IS THEREFORE ORDERED that Petitioner Matthew S. Stephens's motion (Doc. 19) to vacate is DENIED AS MOOT as result of Mr. Stephens's filing of a notice (Doc. 33) of withdrawal of the motion.

IT IS SO ORDERED this 28th day of August, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE